IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**BRANDON SHAWN DUNAWAY**                                            **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 5:17-cv-77-KS-MTP**

**MAJOR DANIELS, ET AL.**                                             **DEFENDANTS**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court upon Plaintiff's failure to comply with the Court's Order [29]. On February 8, 2018, the Court ordered the parties to appear for a hearing before the undersigned United States Magistrate Judge on April 11, 2018, at 10:00 a.m. *See* Order [29]. Defendants appeared before the Court, but Plaintiff did not appear as ordered or otherwise contact the Court on or before April 11, 2018.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff shall appear on Wednesday, **April 25, 2018, at 10:00 a.m.** at the United States Courthouse, Courtroom 2, **701 North Main Street, Hattiesburg, Mississippi**, and show cause why this case should not be dismissed for failure to prosecute and for failure to comply with the Court's prior Order [29].

2. Plaintiff's failure to appear and show cause as ordered may result in the dismissal of this case without further notice.

SO ORDERED this the 13th day of April, 2018.

                                                             s/Michael T. Parker
                                                             UNITED STATES MAGISTRATE JUDGE